# File Hashes for IP Address 68.48.152.32

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/07/2013 08:17:26 | A9ED052CCFCC0D7009A6E1100BA571DBA11ECFE9 | Blindfold Me Part #2 |
| 11/07/2013 08:10:27 | 93B85E471CB87C3894BE5274EB1A478A329FFC4C | Lovers at Home |
| 11/03/2013 14:00:30 | 64ADCF0150EAD63FC61B661ADEDEDF06E5752A1C | Bohemian Rhapsody |
| 11/03/2013 13:48:55 | 74E94259DDBAA6406EF240551A1C3EE6BD45DB08 | Grow Up With Me |
| 11/03/2013 07:21:28 | D01FC19766D36957E36620605ACE01B61E7289F6 | Unveiling Part #2 |
| 11/03/2013 06:21:24 | 1D6D0310DCAC9BFE62CEE13C6C79492F81E30AFF | Blindfold Me and Tie Me Up |
| 11/03/2013 06:17:32 | 50A28E908265BA676EAD266E930E204E90C4501E | All Tied Up |
| 11/03/2013 06:14:07 | D472A213E03DC20772F1DE6AC982F1CDB4416344 | Body Language |
| 11/03/2013 06:00:29 | B48A1BB0112378361A0BB3E268A5526F04C3F480 | My Naughty Girl |
| 10/13/2013 15:53:30 | F0C44DD8613E6F0992090655A4300A787984C64A | A Wonderful World |
| 10/13/2013 15:51:35 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 10/13/2013 15:49:43 | AD7C65F7A53DB297C2445CAB3A40DFE02CB0F37B | Good Morning Baby |
| 10/13/2013 07:38:35 | 0C6D3DA163F16C5D2011594E22D3E5FCFFF2F119 | Without Words |
| 10/13/2013 07:22:46 | 53EAC1A555D48687120AC92F6B949F846B78D39F | Stay for a While |
| 10/13/2013 07:20:03 | 0BA70C8B952A40B372C55F8FB7BE86D9CBAE128C | Only Lorena |
| 10/13/2013 06:53:21 | 9A35174890888941570D5DA7DF313CA97D55A5C7 | Girls Love Pink and Diamonds |
| 10/13/2013 06:50:39 | 761074FA959C9C647FBE226AD4E10465AF924F79 | We Love Ourselves |
| 10/13/2013 06:34:03 | 8E082AB4A0CF22E8EEB3AB65CA8B2F9A8EEDB385 | Rolling in the Sheets |
| 10/13/2013 06:23:23 | 21BFD7503DF44550B1D78D060BB5BA24D8CD8D22 | Happy Birthday Capri |
| 10/13/2013 06:11:45 | C3C1C32AFAF0EB3BF9BE2F1ECF57581E133F9B0D | Up Close and Personal |
| 10/13/2013 05:58:03 | 001A8650407903F13E017FB44C676CEE635A6287 | Bad Girls |
| 10/13/2013 05:43:29 | BE0B6791E0948A442EF036F576EB7B7E38A163C7 | Wonder Waltz |

EXHIBIT A

DC76

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/13/2013 04:43:50 | BE8A9D2C833E811C5EC6ECFE6DE8E2BD4B314046 | Malibu Moments |
| 10/13/2013 04:38:46 | 2257FF2254AA8CF703EDAF618177D76A70F02B5C | Digital Love |
| 10/13/2013 04:33:37 | 8E8F2B5701FDFD5BED87DA48A4137756BCB6DBD4 | Come Inside From the Cold |
| 10/13/2013 04:30:00 | ADB8EAAB9E1AF222D0686290A504F7ECE186279D | She Bad |
| 10/13/2013 04:24:48 | 050B8F638E8BB7504E473E619C320350B5F3AA47 | Party Boat |
| 10/13/2013 04:23:01 | F263DF1D141921549330CDB51DDC487D1DD51A43 | Almost Famous |
| 10/13/2013 04:20:45 | A4FF583B1C30EE9019278A95A6DD1E766C65F2FB | Let Me Take Your Picture |
| 10/13/2013 04:20:11 | DFEA3BF5C9B2760B4A25C1000D0AD8F92BBB887C | Unveiling Part #1 |
| 10/13/2013 04:16:13 | 234BF74E9130AAAB7644DCE409624FD007F3BA22 | Love with a View |
| 10/13/2013 04:15:57 | 2D7B8E2A08C5A3DF62BC69C305C43F348D791986 | First and Forever |
| 10/13/2013 04:04:22 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |
| 10/13/2013 04:03:27 | 3ECF7CFC433F37249909B62B8A61240D922D96C0 | In Charge |
| 10/13/2013 03:46:22 | 5710510F0545E569D1944B6791A908B2F72EDC6C | They Meet Again |
| 08/26/2013 12:35:43 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 08/26/2013 01:45:23 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 08/18/2013 16:24:14 | 01E260D117B5C3803E0F9C150AE2F1473A9AA414 | Malibu Moments Part #2 |
| 08/18/2013 16:24:08 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 08/18/2013 16:18:11 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |
| 08/18/2013 16:17:55 | E55CD70A6B7CFE723BF879D98A060EE5CAD8B3D4 | Made for Each Other |
| 08/18/2013 09:04:37 | D46C72FD478307182F7A4A99FA6FEA9C1F697F3C | So Close Together |
| 08/18/2013 08:51:17 | 6B5F2A4C794F6C8873853DC33189B5545DAE2C2D | Introducing Kiki |
| 08/11/2013 10:27:47 | E16F96AC819F7AA5A9AABFB5823CC124969333D8 | Pool Party For Three |
| 08/11/2013 07:45:55 | 53D545160F7BA1346D086F37772AC30B9F04DD76 | Czech Beauties |
| 08/11/2013 06:21:18 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 08/11/2013 06:19:13 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |

**Total Statutory Claims Against Defendant: 47**

EXHIBIT A

DC76