**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**MALIBU MEDIA, LLC,**

        *Plaintiff*,

   v.                                  Civil Action No. 13-1945 (ESH)

**JOHN DOE,**

        *Defendant.*

## MEMORANDUM OPINION AND ORDER

    Before the Court is plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference (Dec. 6, 2013 [Dkt. No. 3]).  The Court will grant plaintiff's motion. Plaintiff may serve a Rule 45 subpoena seeking subscriber's identifying information on Comcast Cable (the "ISP"), but, pursuant to *Malibu Media, LLC v. John Does 1–16*, No. 12-cv-0235 (RLW), 2012 WL 1681819 (D.D.C. April 11, 2012), the Court "will order the ISP[] to provide notice to [its] subscriber[] at least 10 days prior to disclosure to Plaintiff, which would allow . . . the John Doe[] an opportunity to object or intercede, as this is the best compliance that can be achieved [in the circumstances] under Rule 45(b)(1)." *Id.* at *2.

    Therefore, it is hereby **ORDERED** that:

    1.    Having established that good cause exists for it to serve a third-party subpoena on the ISP, plaintiff may serve the ISP with a Rule 45 subpoena commanding it to provide plaintiff with the true name, address, telephone number, and e-mail address of the defendant to whom the ISP assigned the IP address as set forth on Exhibit A to plaintiff's complaint.  *See Call of the Wild Movie, LLC v. Does 1–1,062*, 770 F. Supp. 2d 332, 350–353 (D.D.C. 2011) (applying the

five-part test originally explicated in *Sony Music Entertainment v. Does 1–40*, 326 F. Supp. 2d 556, 564–65 (S.D.N.Y. 2004), and approved in *Arista Records, LLC v. Doe 3*, 604 F.3d 110, 119 (2d Cir. 2010), in concluding that good cause existed for a similar subpoena to issue). Plaintiff shall attach to any such subpoena a copy of this Order.

      2.      Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any service provider that is identified in response to a subpoena as a provider of internet services to the defendant.

      3.      Ten days prior to the disclosure of identifying information, the ISP shall give notice to the subscriber identified in response to a subpoena.

      4.      Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served on the ISP for the purpose of protecting and enforcing plaintiff's rights as set forth in its complaint.

**SO ORDERED.**

                                                              /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date: December 12, 2013