**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 1:13-cv-01945-ESH

JOHN DOE, subscriber assigned IP
address  68.48.152.32,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 68.48.152.32.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  February 23, 2014

                                                        Respectfully submitted,

                                                        By:  /s/ *Jon A. Hoppe*
                                                        Jon A. Hoppe, Esquire
                                                        jhoppe@mhhhlawfirm.com
                                                        MADDOX, HOPPE, HOOFNAGLE &
                                                       HAFEY, L.L.C.
                                                       1401 Mercantile Lane #105
                                                       Largo, Maryland 20774
                                                       Phone:  301-341-2580
                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*
      Jon A. Hoppe